UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-2526

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

JUAN FRANCISCO RAMIREZ

　　　　Defendant.

### NEBBIA STIPULATION AND ORDER

On __3/17/2025__, the Honorable Lauren F. Louis, United States Magistrate Judge, set conditions of release for Defendant __Juan Francisco Ramirez__, which included a __10% of $1,000,000.00 cash bond__, and imposed a *Nebbia* requirement. The parties
(corporate surety bond) (percentage bond)

have agreed that the __$100,000.00__ being used to satisfy the bond are
(funds and/or collateral)

from the following source(s) and are not illegally derived: __Alejandro DeCespedes; Son in law &__

1. The collateral is __2967 Bridgeport Ave, Miami, FL; Daniela De Cespedes; Daughter.__
　　　　　　　　(provide address and owner of property, and relationship to defendant)

2. The __Cash Bond $1,000,000.00__ is being paid by
　　　(premium for the bond/money being deposited into the registry of the Court)

__Daniela__, who is __the Daughter__. The money was obtained from
　　　　　　　(state relationship to defendant)

__Personal funds of 3rd party surety daughter.__
(source of funds - e.g. savings from employment withdrawn from the X Bank, home equity line of credit, etc.).

Counsel for Defendant
Dated: 3/18/2025

Counsel for Government   Felipe Plechac-Diaz
Dated: 3/20/2025

### ORDER

Based upon the stipulation of the parties and the information contained therein, the Court finds that the *Nebbia* condition has been satisfied, and that the bond to secure the release of Defendant may be posted. DONE AND ORDERED on __March 20, 2025__, in Miami, Florida.

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE